1   ERIC GRANT
    United States Attorney
2   TARA AMIN
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5   Email:  Tara.Amin@usdoj.gov

6   Attorneys for the United States

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, STATE OF        CASE NO.  2:24-cv-02356-DJC-JDP
    CALIFORNIA, and STATE OF NEVADA, *ex*
    *rel.* AMY FASSO,

12                                             ORDER
                    Plaintiff-Relator,

13  v.

14  RENOWN HEALTH; RENOWN REGIONAL
    MEDICAL CENTER; RENOWN SOUTH
15  MEADOWS MEDICAL CENTER; and
    RENOWN HEALTH CARE CENTER,
16
17                  Defendants.

18          The United States has declined to intervene in this *qui tam* action pursuant to the False Claims

19  Act, 31 U.S.C. § 3730(b)(4)(B). Accordingly, the Court ORDERS that:

20          1.  The complaint be unsealed and served upon the defendants by the relator;

21          2.  All other contents of the Court's file in this action remain under seal and not be made public

22  or served upon the defendants, except for this Order and the United States' notice of its election to

23  decline intervention, which the relator will serve upon the defendants only after service of the complaint;

24          3.  The seal be lifted as to all other matters occurring in this action after the date of this Order;

25          4.  The parties shall serve all pleadings and motions filed in this action, including supporting

26  memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States may order

27  any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

28  ORDER                                                                                    1

5.  The parties shall serve all notices of appeal upon the United States;

6.  All orders of this Court shall be sent to the United States; and

7.  Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated:  August 25, 2025

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE