```
1  NATHANIEL SPENCER-MORK (SBN 226886)
   ASSISTANT CHIEF COUNSEL – FRAUD LIAISON BUREAU
2  CHRISTOPHER CIMILUCA (SBN 266656)
   CALIFORNIA DEPARTMENT OF INSURANCE
3  1901 Harrison Street, 6th Floor
   Oakland, CA 94612
4  Telephone:(415) 538-4464
   Facsimile: (510) 238-7829
5  E-mail: Nathaniel.Spencer-Mork@insurance.ca.gov
   Attorneys for Ricardo Lara, California Insurance
6  Commissioner, on behalf of the State of California
```

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, and STATE OF NEVADA, *ex rel*. AMY FASSO | Case No.:   2:24-cv-02356-DJC-JDP |
|---|---|
| Plaintiff-Relator, | **ORDER OF DISMISSAL** |
| v. | |
| RENOWN HEALTH; RENOWN REGIONAL MEDICAL CENTER; RENOWN SOUTH MEADOWS MEDICAL CENTER; and RENOWN HEALTH CARE CENTER. | |
| Defendants. | |

The California Insurance Commissioner, Ricardo Lara, on behalf of Real Party in Interest the State of California, having filed a Notice of Non-Intervention, pursuant to the Insurance Frauds Prevention Act, California Insurance Code section 1871.7(e)(1), the Court ORDERS as follows:

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice of Non-Intervention,

which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the California Department of Insurance ("CDI"), as provided in California Insurance Code section 1871.7(f)(3). CDI may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon CDI;

6. All orders of this Court shall be sent to CDI;

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide CDI with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated:  August 27, 2025                    /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE