Rob Bonta
Attorney General of California
Jennifer Euler
Chief Assistant Attorney General
Nicholas N. Paul
Senior Assistant Attorney General
Jennifer S. Gregory
Supervising Deputy Attorney General
Mitchell Neumeister
Deputy Attorney General
   2329 Gateway Oaks Dr., Ste. 200
   Sacramento, CA 95833
   Telephone: 916-621-1816
   E-mail: mitchell.neumeister@doj.ca.gov

*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, and STATE OF NEVADA, ex rel. AMY FASSO,<br><br>               Plaintiffs,<br>   v.<br>RENOWN HEALTH; RENOWN REGIONAL MEDICAL CENTER; RENOWN SOUTH MEADOWS MEDICAL CENTER; and RENOWN HEALTH CARE CENTER,<br><br>               Defendants. | CASE NO. 2:24-CV-2356 DJC JDP<br><br>**ORDER RE: STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO DISMISSAL**<br><br>[FILED UNDER SEAL] |

    The State of California ("California") having notified the Court of its decision not to intervene in this action pursuant to the California False Claims Act, California Government Code section 12632, subdivision (c)(6)(B), and State of Nevada ("Nevada"), having indicated to California that they join in California's Notice of Election to Decline Intervention and Consent to Dismissal, the Court rules as follows:

IT IS ORDERED that:

1. To the extent required by California and/or Nevada's respective False Claims Acts, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon California and Nevada;

2. All orders of this Court shall be sent to California;

3. California and Nevada may order any deposition transcripts in this action and are entitled to intervene in this action, for good cause, at any time;

4. California and Nevada reserve their right to seek dismissal of Relator's action or claim;

5. The parties shall serve all notices of appeal upon California and Nevada;

6. Should the relator seek voluntary dismissal of California and/or Nevada's claims, California and Nevada consent to said dismissal without prejudice as to their respective claims.

IT IS SO ORDERED.

Dated: September 4, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE